DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>    JAMES BIGELOW JR. RESWICK<br>    4900 LA HONDA ROAD<br>    LA HONDA, CA 94020<br><br>    ###-##-2538<br>                    Debtor(s). | Case No.: 09-3-2489 SFM13<br>Chapter 13<br><br>OBJECTION TO CONFIRMATION, WITH A MOTION TO DISMISS, BY DAVID BURCHARD, CHAPTER 13 TRUSTEE AND NOTICE |

**341 MEETING OF CREDITORS:**
Date:      09/24/2009
Time:      10:00 AM
Place:     Office of the United States Trustee
           235 Pine Street, Suite 850
           San Francisco, California

**CONFIRMATION HEARING:**
Date:      10/14/2009
Time:      1:30 PM
Place:     United States Bankruptcy Court
           235 Pine Street 22nd Floor
           San Francisco, California

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, hereby objects to Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The Trustee is in receipt of Debtor's Petition that does not include all of the documents necessary for a complete filing. The required documents are as follows: the Chapter 13 Plan. The Trustee requests said documents be filed, or that Debtors case be dismissed for failure to file the required documents

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations, as required by the written Order Re: Payment Advices in Chapter 13 Cases, dated September 26, 2006.

Dated:  September 17, 2009                DAVID BURCHARD
       _____             _____
                                          DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, TINA MITCHELL, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the Objection to Confirmation, with a Motion to Dismiss, of the Chapter 13 Plan, by David Burchard, Chapter 13 Trustee and Notice, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JAMES BIGELOW JR. RESWICK
4900 LA HONDA ROAD
LA HONDA, CA 94020

GARY R BRENNER
630 N SAN MATEO DR
SAN MATEO, CA 94401-2328

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: September 17, 2009

TINA MITCHELL

TINA MITCHELL
Case Analyst for David Burchard, Trustee