American Express
Phoenix, AZ   85069


Betty Reswidk
1519 Cedar St
Ramona, CA   92065


Bleier & Cox
Civ474859
16130 Ventura Blvd 620
Encino, CA   91436


CIR Law Offices
3401308
Box 23189
San Diego, CA   92193


Citibank
BOX 6241
Sioux Falls, SD   57117


Discover
Box 15251
Wilmington, DE   19850


Harris And Fraser Law Offices
1220 Howard Ave 250
Burlingame, CA   94010


Hunt & Henriques
151 Bernal Road #8
San Jose, CA   95119


James And Irmtraud Reswick
Box 549
Crozet, VA   22932

Jeffrey Blum Attorney At Law
350 Cambridge Ave 225
Palo Alto, CA 94036


Natalia U. Reswick
1940 Menalto Ave.
Menlo Park, CA 94025


San Mateo County Tax Collector
555 County Center
Redwood City, CA 94063


Target National Bank
1000 Nicollet Mall
Mindianapollis, MN 55403


Tony Tarabay CPA
201 Redwood Shores Parkway 100
Redwood Shores, CA 94065


Zwicker & Assoc
80 Minuteman Rd
Andover, MA 01810


Zwicker & Associates, P.C.
American Express
80 Minuteman Rd.
Andover, MA 01810