GARY R. BRENNER
Attorney at Law
Bar #79446
630 N. SAN MATEO DRIVE
SAN MATEO, CA 94401
(650) 348-2044 telephone
(650) 343-9646 facsimile
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: JAMES BIGELOW RESWICK, JR.    ) CASE NO.: 09-32489
                                     )
         Debtor.                     ) CHAPTER 13
                                     )
                                     )

## DECLARATION REGARDING CHILD SUPPORT

I, JAMES BIGELOW RESWICK, JR., Debtor herein, do hereby declare the following:

1. I filed Chapter 13 Bankruptcy 09-32489 on August 25, 2009

2. I pay $947. Monthly child support by payroll deduction from my salary.

3. In the six months before my bankruptcy filing, the support was reduced to $747.

4. In November 2009, the child support returned to the Court ordered amount, $947.

5. Proof of this deduction has been provided to David Burchard, Trustee.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief. This declaration was signed on February 5, 2010 in San Mateo, California.

Dated: 3/6/10

/s/ James B Reswick
JAMES BIGELOW
RESWICK, JR.
Debtor

- 1 -