DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br> JAMES BIGELOW JR. RESWICK<br> 4900 LA HONDA ROAD<br> LA HONDA, CA 94020<br><br>                              Debtor(s) | Chapter 13<br> Case No.: 09-3-2489 SFM13<br><br>PETITION TO WITHDRAW<br>TRUSTEE'S MOTION TO DISMISS |

The petitioner, David Burchard, Trustee in the above-referenced case, hereby requests that the Trustee's Motion filed on February 7, 2011 be withdrawn.

DATED: February 8, 2011

                        DAVID BURCHARD_____
                        DAVID BURCHARD
                        Chapter 13 Trustee
                        United States Bankruptcy Court
                        Northern District of California
                        San Francisco/Santa Rosa Divisions

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action.  I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA.  On the date set forth below, I served this Withdrawal of Motion to Dismiss, and this **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JAMES BIGELOW JR. RESWICK
4900 LA HONDA ROAD
LA HONDA, CA 94020

MORTOLA AND BRENNER
630 N SAN MATEO DRIVE
SAN MATEO, CA 94401-2328

Dated:     February 8, 2011

TINA MITCHELL
TINA MITCHELL
Case Administrator